# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DARRIN RAIFORD

NO. 2021 KW 1097

**NOVEMBER 5, 2021**

---

In Re:    Darrin Raiford, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 06-
          CR5-95313.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                         **VGW**
                         **AHP**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
          DEPUTY CLERK OF COURT
               FOR THE COURT